BENJAMIN B. WAGNER
United States Attorney
MARK E. CULLERS
JEREMY R. JEHANGIRI
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: 559-497-4000

Attorneys for Plaintiff
  United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>v.<br><br>AKOP KRBOYAN,<br><br>         Defendant. | 1:02-cr-5438-OWW<br><br>STIPULATION AND **ORDER** re:<br>AGREEMENT TO MOVE JURY TRIAL<br>DATE<br><br>DATE: September 7, 2011<br>TIME: 9:00 a.m.<br>Honorable Oliver W. Wanger |

     The United States of America, by and through Assistant United States Attorneys Mark E. Cullers and Jeremy R. Jehangiri, and Defendant Akop Krboyan, by and through his counsel Anthony P. Capozzi, submit this stipulation for the Court's consideration.

     IT IS STIPULATED AND AGREED:

     1.   The parties request that the jury trial date in this case be continued from August 17, 2011, to September 7, 2011, at 9:00 a.m.

     2.   The parties stipulate that the time between August 17, 2011, and, through and excluding, September 7, 2011, should be excluded from the calculation of time under the Speedy Trial Act.

     3.   Due to an unforeseen medical emergency involving counsel, the

1

parties stipulate and agree to this continuance.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).

4.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED AND AGREED.

Dated: August 9, 2011    /s/ *Mark E. Cullers*
                          Mark E. Cullers
                          Assistant United States Attorney

                          /s/ *Jeremy Jehangiri*
                          Jeremy R. Jehangiri
                          Assistant United States Attorney

Dated: August 9, 2011    /s/ *Anthony P. Capozzi* (as authorized)
                          Anthony P. Capozzi
                          Attorney for Defendant, Akop Krboyan

**ORDER**

IT IS SO ORDERED.

IT IS SO ORDERED.

**Dated:   August 9, 2011**              /s/ **Oliver W. Wanger**
                                  UNITED STATES DISTRICT JUDGE